Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Johnie Ray Jones |
| Debtor 2 (Spouse, if filing) | Jennifer Jayne Jones |
| United States Bankruptcy Court for the: | Eastern District of Michigan (Flint) |
| Case number | 16-31923 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, NA

**Last 4 digits** of any number you use to identify the debtor's account: 6486

**Uniform Claim Identifier:** WFCMGE1631923MIE80686486

**Court claim no.** (if known): 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2017

**New total payment:**
Principal, interest, and escrow, if any: $630.69

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $223.46   New escrow payment: $224.04

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate:   New interest rate:
Current principal and interest payment:   New principal and interest payment:

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:   New mortgage payment:

Official Form 410S1   Notice of Mortgage Payment Change   page 1
16-31923-jda   Doc 32   Filed 05/07/17   Entered 05/07/17 09:55:37   Page 1 of 6
0-50e1bfef-d12e-42f7-b3ad-f41935b0a7d7-4S

| Debtor 1 | Johnie Ray Jones | Case number (if known) | 16-31923 |
|---|---|---|---|

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ LeeAnne D. May
VP Loan Documentation

Date 05/07/2017

Print: LeeAnne D. May

Title VP Loan Documentation

Company  Wells Fargo Bank, N.A.
Address  MAC N9286-01Y
         1000 Blue Gentian Road
         Eagan, MN 55121-7700

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Flint)

Chapter 13 No. 16-31923

In re:  Judge: Judge Daniel S. Opperman.Flint

Johnie Ray Jones and Jennifer Jayne Jones

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before May 08, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>Johnie Ray Jones<br>Jennifer Jayne Jones<br>512 Center Street<br>Clio, MI 48420-1130 |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>Juanita L. Massey<br>1000 Beach Street<br>Ste. B<br>Flint, MI 48502 |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid:<br>Carl Bekofske<br>400 N. Saginaw Street<br>Suite 331<br>Flint, MI 48502 |

/s/ Alicia Fisher
4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A.)



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** April 5, 2017
**Loan number:**
**Property address:**
512 CENTER ST
CLIO MI 48420-1130

## Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

JOHNIE R JONES
512 CENTER ST
CLIO MI 48420

***PLEASE NOTE:*** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court.

We reviewed the escrow account, here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage.**

- **Future payments:** Based on what we expect to pay, as of June 1, 2017, the escrow portion of the payment will **increase**.

> The escrow account has a shortage of
> **$3.13**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Current payment§ | New payment |
|---|---:|---:|
| Principal and/or interest | $406.65 | $406.65 |
| Escrow payment | $223.71 | $224.04 |
| Total payment amount | $630.36 | $630.69 |

**Option 1: No action required**

Starting **June 1, 2017** the new contractual payment amount will be **$630.69**

### Option 2 — Pay the shortage amount of $3.13

| | Current payment§ | New payment |
|---|---:|---:|
| Principal and/or interest | $406.65 | $406.65 |
| Escrow payment | $223.71 | $223.78 |
| Total payment amount | $630.36 | $630.43 |

**Option 2: Pay shortage in full**

Starting **June 1, 2017** the new contractual payment amount will be **$630.43**

§**Current payment** represents the next contractual payment on this loan.
**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

*See Page 2 for additional details.*

---



JOHNIE R JONES

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

The escrow account review indicates a shortage. You may voluntarily choose **Option 2** to pay the shortage in full now and the mortgage payment will be **$630.43.**

Please detach this coupon and mail it along with the check for $3.13 to the address that appears on this coupon.

1582

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $1,489.29. For the coming year, we expect the amount paid from escrow to be $2,685.29.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods.

### Escrow comparison

|  | 02/16 - 01/17 (Actual) | 07/16 - 06/17 (Actual) | 09/16 - 04/17 (Actual) | 06/17 - 05/18 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $1,489.29 | $1,489.29 | $1,489.29 | $1,489.29 | ÷ | 12 | = | $124.11 |
| **Property insurance** | $1,196.00 | $0.00 | $0.00 | $1,196.00 | ÷ | 12 | = | $99.67 |
| **Total taxes and insurance** | $2,685.29 | $1,489.29 | $1,489.29 | $2,685.29 | ÷ | 12 | = | $223.78 |
| **Escrow shortage** | $0.00 | $146.91 | $0.00 | $3.13 | ÷ | 12 | = | $0.26** |
| **Total escrow** | $2,685.29 | $1,636.20 | $1,489.29 | $2,688.42 | ÷ | 12 | = | $224.04 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance September, 2017 |  | $300.78 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment+ | + | $143.65 |  |
| Minimum balance for the escrow account† | − | $447.56 | (Calculated as: $223.78 X 2 months) |
| **Escrow shortage** | = | −$3.13 |  |

+This adjustment of $143.65, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add up the total of the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

Wells Fargo is changing the way we handle escrow overage/surplus amounts. Previously, checks were sent to refund overages $50.00 or greater, while lesser amounts simply reduced a future payment. As of June 1, 2016, checks will be sent for all refunds, regardless of amount. To learn more about escrow accounts, visit wellsfargo.com/escrow.

## Part 3 - Escrow account projections

### Escrow account projections from June, 2017 to May, 2018

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2017 | | | Starting balance | $1,701.43 | $1,848.21 |
| Jun 2017 | $223.78 | $1,196.00 | FARM BUREAU GENERAL | $729.21 | $875.99 |
| Jul 2017 | $223.78 | $0.00 | | $952.99 | $1,099.77 |
| Aug 2017 | $223.78 | $0.00 | | $1,176.77 | $1,323.55 |
| Sep 2017 | $223.78 | $1,099.77 | CLIO CITY | $300.78 | $447.56 |
| Oct 2017 | $223.78 | $0.00 | | $524.56 | $671.34 |
| Nov 2017 | $223.78 | $0.00 | | $748.34 | $895.12 |
| Dec 2017 | $223.78 | $389.52 | CLIO CITY | $582.60 | $729.38 |
| Jan 2018 | $223.78 | $0.00 | | $806.38 | $953.16 |
| Feb 2018 | $223.78 | $0.00 | | $1,030.16 | $1,176.94 |
| Mar 2018 | $223.78 | $0.00 | | $1,253.94 | $1,400.72 |
| Apr 2018 | $223.78 | $0.00 | | $1,477.72 | $1,624.50 |
| May 2018 | $223.78 | $0.00 | | $1,701.50 | $1,848.28 |
| Totals | $2,685.36 | $2,685.29 | | | |

## Part 4 - Escrow account history

### Escrow account activity from September, 2016 to May, 2017

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Sep 2016 | | | | | | | Starting Balance | $521.81 | $1,323.23 | -$801.42 |
| Sep 2016 | $0.00 | $223.46 | -$223.46 | $1,099.77 | $1,099.77 | $0.00 | CLIO CITY | -$577.96 | $446.92 | -$1,024.88 |
| Oct 2016 | $0.00 | $223.46 | -$223.46 | $0.00 | $0.00 | $0.00 | | -$577.96 | $670.38 | -$1,248.34 |
| Nov 2016 | $0.00 | $223.46 | -$223.46 | $0.00 | $0.00 | $0.00 | | -$577.96 | $893.84 | -$1,471.80 |
| Dec 2016 | $0.00 | $223.46 | -$223.46 | $389.52 | $385.70 | $3.82 | CLIO CITY | -$967.48 | $731.60 | -$1,699.08 |
| Jan 2017 | $0.00 | $223.46 | -$223.46 | $0.00 | $0.00 | $0.00 | | -$967.48 | $955.06 | -$1,922.54 |
| Feb 2017 | $0.00 | $223.46 | -$223.46 | $0.00 | $0.00 | $0.00 | | -$967.48 | $1,178.52 | -$2,146.00 |
| Mar 2017 | $434.06 | $223.46 | $210.60 | $0.00 | $0.00 | $0.00 | | -$533.42 | $1,401.98 | -$1,935.40 |
| Apr 2017 (estimate) | $2,011.39 | $223.46 | $1,787.93 | $0.00 | $0.00 | $0.00 | | $1,477.97 | $1,625.44 | -$147.47 |
| May 2017 (estimate) | $223.46 | $223.46 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,701.43 | $1,848.90 | -$147.47 |
| Totals | $2,668.91 | $2,011.14 | $657.77 | $1,489.29 | $1,485.47 | $3.82 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2016 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801 9/16